UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ZEPEDA, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., a Delaware corporation; PREMIER RIDES, INC., a Maryland corporation; JIM LAKE, an individual; and DOES 1 to 100, inclusive,<br><br>                                    Defendants. | Case No.: 22-CV-1933 JLS (JLB)<br><br>**ORDER TAKING MOTION FOR REMAND UNDER SUBMISSION ON THE PAPERS WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 12) |

Presently before the Court is Plaintiff Christina Zepeda's Motion for Remand ("Mot.," ECF No. 12). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds the Motion appropriately decided on the papers without oral argument and accordingly **VACATES** the hearing presently scheduled for March 2, 2023.

**IT IS SO ORDERED.**

Dated: February 24, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge